# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TODD HOVEY,<br><br>PLAINTIFF(S)<br>v.<br>CITY OF LOS ANGELES, ET AL.,<br><br>DEFENDANT(S). | CASE NUMBER<br><br>CV 08-04715-MMM(VBKx)<br><br>**JUDGMENT ON THE VERDICT FOR DEFENDANT(S)** |

    This action having been tried before the Court sitting with a jury, the Honorable Margaret M. Morrow, District Judge, presiding; the issues having been duly tried and the jury having duly rendered its verdict.

    IT IS ORDERED AND ADJUDGED that the plaintiff(s):

TODD HOVEY

take nothing; that the action be dismissed on the merits; and that the defendant(s):

CITY OF LOS ANGELES, LAPD OFFICERS O'DEA AND OKE

recover of the plaintiff(s) its costs of action, taxed in the sum of 0.00.

                                         Clerk, U. S. District Court

Dated: 1/7/10                             By ANEL HUERTA
                                                    Deputy Clerk

At: _____

cc:     Counsel of record